ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Interaction Research Institute, Inc. | ) ASBCA No. 61505-ADR |
| | ) |
| Under Contract No. 000000-00-0-0000 | ) |

APPEARANCE FOR THE APPELLANT:      Ms. Barba B. Affourtit
                                           Vice President

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
                                         Navy Chief Trial Attorney
                                       John Torresala, Esq.
                                       Erin L. Hernandez, Esq.
                                       Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 29, 2021

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61505-ADR, Appeal of Interaction Research Institute, Inc., rendered in conformance with the Board's Charter.

Dated: September 29, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals